IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60088
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIUS ALEXANDER MCBRIDE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:98-CR-83-ALL-S
- - - - - - - - - -

September 2, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Julius Alexander McBride appeals the sentence that he received following his guilty plea conviction for uttering and attempting to utter counterfeit currency.  McBride argues that district court erred when it enhanced his sentence under U.S.S.G. § 2B5.1(b)(2) for possessing, having custody, or controlling a counterfeiting device.

We have reviewed the record and the parties' briefs and hold that the district court did not clearly err in finding that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

McBride knew that the computer that he had rented and kept in his home was being used for counterfeiting was not clearly erroneous. <u>United States v. Bollman</u>, 141 F.3d 184, 186 (5th Cir. 1998); <u>United States v. Bermea</u>, 30 F.3d 1539, 1575 (5th Cir. 1994).

AFFIRMED.